Russell Piccoli
6039 North 41st Place
Paradise Valley, Arizona 85253
Telephone: (602) 315-3848

Appearing Pro Se

**FILED**
JAN 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL PICCOLI,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBBY RAUCH,<br><br>    Defendant. | NO. 08-CV-104(JAH)(NLS)<br><br>EX PARTE APPLICATION TO PERMIT ELECTRONIC FILING |

Plaintiff, pursuant to Local Rule 5.4, requests leave of Court to establish electronic case filing as a pro se litigant, although plaintiff is also admitted as an attorney in the States of New Jersey, Arizona, and in various federal courts throughout the United States.

Plaintiff believes that leave as requested will expedite the prompt communication of papers in this action.

Dated: January 22, 2008.

Respectfully Submitted:

By: _____
RUSSELL PICCOLI
rxp@mwmf.com

Appearing Pro Se

-1-

08-CV-104(JAH)(NLS)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing paper was served upon all counsel of record by serving them electronically at mmd@gknet.com (Mark Deatherage) and lincoln.combs@gknet.com (Lincoln Combs).

Phoenix, Arizona, this 22nd day of January 2008

RUSSELL PICCOLI

U:\ATTORNEYS\RXP\Libby\Ex Parte Application to Permit Electronic Filing (1-22-08).doc

-2-

08-CV-104(JAH)(NLS)