**FILED**
JAN 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL PICCOLI,<br><br>    Plaintiff,<br><br>v.<br><br>LIBBY RAUCH,<br><br>    Defendant. | NO. 08-CV-104(JAH)(NLS)<br><br>**ORDER GRANTING LEAVE FOR ELECTRONIC FILING** |

The Court having reviewed Plaintiff's Ex Parte Application for leave to establish electronic filing in this action, and good cause appearing

IT IS HEREBY ORDERED that Plaintiff has leave to establish electronic filing in this action and the Clerk is directed to establish his log-in in the Court's CM/ECF system.

Dated this 22 day of January, 2008.

_____
HON. JOHN A. HOUSTON
United States District Judge

-1-

08-CV-104(JAH)(NLS)