1  Russell Piccoli
   6039 North 41st Place
2  Paradise Valley, Arizona 85253
   Telephone: (602) 315-3848
3
   Appearing Pro Se

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| RUSSELL PICCOLI, | NO. 08-CV-104(JAH)(NLS) |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF MOTIONS TO DISMISS COUNTERCLAIM AND TO STRIKE UNTIMELY JURY DEMAND** |
| LIBBY RAUCH, | |
| Defendant. | DATE: March 10, 2008<br>TIME: 2:30 p.m.<br>COURTROOM: 11 |

TO:   MARK DEATHERAGE AND LINCOLN COMBS:

PLEASE TAKE NOTICE that on March 10, 2008 at 2:30 p.m., or as soon thereafter as counsel may be heard, plaintiff, RUSSELL PICCOLI, will move this Court for Orders dismissing defendant's counterclaim and striking her jury demand pursuant to Rules 12(b)(6) and 38 of the Federal Rules of Civil Procedure.

## **MOTION**

Plaintiff, pursuant to F.R.Civ.P. Rule 12(b)(6), moves to dismiss defendant's counterclaim because:

1.   Defendant's contract and quasi-contract claims (1-4, 10 & 11) are not supported by any proper allegation that any damages were "proximately caused" by plaintiff's alleged breach.

-1-

08-CV-104(JAH)(NLS)

2. Defendant's quasi-contract claims (2-4) assert no legally cognizable claim beyond breach of contract, a claim already alleged by her first claim for relief.

3. Defendant fails to properly plead emotional distress as required by federal practice.

4. Defendant's NIED claim fails to plead any active negligence and asserts the infliction of emotional distress to have been intentional.

5. Defendant's defamation claims fail to allege the precise defamatory statements or to whom they were made, and

6. Defendant's abuse of process claim fails to allege any subsequent wrongful use of process, as required by Arizona law.

Additionally, as defendant waived a trial by jury as to all issues raised by the answer and complaint, plaintiff requests her jury demand be stricken should her counterclaim be dismissed, pursuant to Rule 38.

This motion is based on the instant Notice of Motion, the attached Memorandum of Points and Authorities, the records and files in this case, and any and all other matters which may be brought to the attention of this Court prior to, or at, the hearing on this motion

Dated: January 22, 2008.

Respectfully Submitted:

By: /s/ Russell Piccoli
RUSSELL PICCOLI
rxp@mwmf.com

Appearing Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing paper was served upon all counsel of record by serving them electronically at mmd@gknet.com (Mark Deatherage) and lincoln.combs@gknet.com (Lincoln Combs)

Phoenix, Arizona, this 22nd day of January 2008

/s/ Russell Piccoli
RUSSELL PICCOLI

U:\ATTORNEYS\RXP\Libby\Notice of Motion to Dismiss (1-22-08).doc