UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL PICCOLI, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LIBBY RAUCH ) <br> ) <br> Defendant. ) <br> ) | Civil No.08cv104-JAH(NLS) <br><br> **NOTICE OF *TELEPHONIC* CASE MANAGEMENT CONFERENCE** |

On January 16, 2008, this case was transferred to the Southern District of California from the District of Arizona (Case No. 07cv1844-JAT) [Doc. No. 1]. Prior to transfer, the Arizona court convened an Early Settlement Conference. The case did not settle. Accordingly, in compliance with Federal Rule of Civil Procedure 26, and based thereon, the Court issues the following orders:

1. Counsel are ordered to appear **telephonically** on *March 7, 2008* at *10:30 a.m.* before Magistrate Judge Stormes for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Plaintiff's counsel shall initiate the telephonic conference.

2. The Rule 26(f) conference shall be completed on or before *February 15, 2008*.

3. A Joint Discovery Plan shall be lodged with Magistrate Judge Stormes on or before *February 25, 2008*. (The date and time for the CMC should be included in the caption of the Joint Discovery Plan.)

4. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before *February 29, 2008*.

    Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter. Each responsible attorney of record and all parties representing themselves shall participate in the conference. Represented parties need not participate.

    Failure of any counsel or party to comply with this order will result in sanctions.

**IT IS SO ORDERED.**

DATED: January 25, 2008

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge