Charles S. LiMandri, SBN 110841
Sterling J. Stires, SBN 199218
LAW OFFICES OF CHARELS S. LiMANDRI, APC
P.O. Box 9120
Rancho Satna Fe, CA  92067
(858) 759-9930

## UNITED STATES DISTRICT COURT
### 08CV00104-JAH-   DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL PICCOLI,<br><br>v.                    Plaintiff(s)<br><br>LIBBY RAUCH,<br><br>Defendant(s) | CASE NUMBER:<br>08CV00104-JAH-NLS<br><br>**SUBSTITUTION OF ATTORNEY** |

LIBBY RAUCH     ☐ Plaintiff  [X] Defendant  ☐ Other _____
_Name of Party_

hereby substitutes **Sterling J. Stires, Esq.** _____ who is

[X] Retained Counsel  ☐ Court Appointed Counsel  ☐ Pro Per   Law Offices of Charles S. LiMandri, APC
                                                               P.O. Box 9120
                                                               _Street Address_

Rancho Santa Fe, CA 92067     (858) 759-9930     (858) 759-9938     SBN 199218
_City, State, Zip Code_        _Telephone Number_  _Facsimile Number_  _State Bar Number_

as attorney of record in the place and stead of GALLAGHER & KENNEDY, P.A.
                                                _Present Attorney_

Dated: **2·4**, 2008

_Signature of Party_
**LIBBY RAUCH**

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.
                                                       GALLAGHER & KENNEDY, P.A.
Dated: January 24, 2008

_Signature of Present Attorney_
C. LINCOLN COMBS, ESQ.

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8
Dated: 2-5, 2008

_Signature of New Attorney_
STERLING J. STIRES, ESQ.

Substitution of Attorney is hereby  ☐ Approved.  ☐ Denied.

Dated: _____     _____
                                   **United States District Judge / Magistrate Judge**

**NOTICE TO COUNSEL:**  _If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov._

### SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                                               G01

**PROOF OF SERVICE**

**Russell Piccoli v. Libby Rauch**

*U.S. District Court Case No.: 08cv104 (JAH)(NLS)*

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

- **SUBSTITUTION OF ATTORNEY.**

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

| | |
|---|---|
| Russell Piccoli<br>6039 North 41st Place<br>Paradise Valley, AZ 85253<br>Tel: (602) 315-3848<br>E-Mail: rxp@mwmf.com | C. Lincoln Combs, Esq.<br>GALLAGHER & KENNEDY, P.A.<br>2575 East Camelback Road<br>Phoenix, AZ 85016<br>Tel: (602) 530-8000<br>Fax: (602) 530-8500<br>E-Mail: lincoln.combs@gknet.com |

☐   **BY MAIL - as follows:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Rancho Santa Fe, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   **BY FAX - as follows:** I personally sent to the addressee's telecopier number a true copy of the above-described documents. Thereafter I sent a true copy in a sealed envelope addressed and mailed as indicated above.

■   **BY ELECTRONIC MAIL - as follows:** I served a true copy, electronically on designated recipients via electronic transmission of said documents.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

Executed on February 5, 2008, at Rancho Santa Fe, California.

Kathy Denworth, Declarant

1