Charles S. LiMandri, SBN 110841
Sterling J. Stires, SBN 199218
LAW OFFICES OF CHARLES S. LiMANDRI, APC
P.O. Box 9120
Rancho Santa Fe, California 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938

Attorneys for Defendant LIBBY RAUCH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL PICCOLI,<br><br>    Plaintiff,<br><br>v.<br><br>LIBBY RAUCH,<br><br>    Defendant. | Case No.: 08CV00104-JAH-NLS<br><br>**JOINT MOTION TO CONTINUE PLAINTIFF RUSSELL PICCOLI'S MOTION TO DISMISS COUNTERCLAIM AND TO STRIKE UNTIMELY JURY DEMAND**<br><br>Judge:    Magistrate Nita L .Stormes |

COME NOW the parties to this action and hereby stipulate and move as follows:

The parties to this action jointly request that the Court continue plaintiff Russell Piccoli's Motion to Dismiss Counterclaim and to Strike Untimely Jury Demand hearing in this matter. As set forth below, the parties believe that good reasons exist for continue this date to allow the parties to prepare their supporting papers in a timely manner.

The parties involved in this case desire a continuance. On February 8, 2008, the defendant's counsel Sterling J. Stires is scheduled to have emergency surgery to remove several bone screws in his lumbar spine, which were implanted in a previous surgery. Mr. Stires is expected to be out of the office until February 29, 2008. A continuance would allow for Mr. Stires to recover from his surgery and will allow the parties to prepare their supporting papers for the motion hearing.

///

1

The parties request that the motion hearing currently scheduled to be heard on March 10, 2008, be continued at least thirty (30) days.

Based on the foregoing, the parties respectfully request that the Court grant their motion to continue plaintiff's motion to dismiss hearing.

Respectfully submitted.

DATED: February 6, 2008        By:    /s/ Russell Piccoli
                                      RUSSELL PICCOLI, *Pro Se*


LAW OFFICES OF CHARLES S. LiMANDRI, APC

DATED: February 6, 2008        By:    /s/ Sterling J. Stires
                                      CHARLES S. LiMANDRI
                                      STERLING J. STIRES
                                      Attorneys for Defendant LIBBY RAUCH

2

JOINT MOTION TO EXTEND DATES
CASE NO.: 08CV00104-JAH-NLS

# PROOF OF SERVICE

### Russell Piccoli v. Libby Rauch

*U.S. District Court Case No.: 08cv104 (JAH)(NLS)*

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

- **JOINT MOTION TO CONTINUE PLAINTIFF RUSSELL PICCOLI'S MOTION TO DISMISS COUNTERCLAIM AND TO STRIKE UNTIMELY JURY DEMAND.**

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

Russell Piccoli
6039 North 41st Place
Paradise Valley, AZ 85253
Tel: (602) 315-3848
E-Mail: rxp@mwmf.com

☐ **BY MAIL - as follows:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Rancho Santa Fe, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FAX - as follows:** I personally sent to the addressee's telecopier number a true copy of the above-described documents. Thereafter I sent a true copy in a sealed envelope addressed and mailed as indicated above.

■ **BY ELECTRONIC MAIL - as follows:** I served a true copy, electronically on designated recipients via electronic transmission of said documents.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

Executed on February 6, 2008, at Rancho Santa Fe, California.

*Kathy Denworth, Declarant*

1