UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL PICCOLI,<br><br>  Plaintiff,<br><br>v.<br><br>LIBBY RAUCH,<br><br>  Defendant. | Case No.: 08CV00104-JAH-NLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE PLAINTIFF'S MOTION TO DISMISS COUNTER-CLAIM AND TO STRIKE UNTIMELY JURY DEMAND** |

Good cause appearing, the Joint Motion to Continue Plaintiff's Motion to Dismiss Counterclaim and to Strike Untimely Jury Demand is **GRANTED**.

**IT IS HEREBY ORDERED** that the hearing on Plaintiff's motion to dismiss scheduled for March 10, 2008 is **VACATED**. The hearing in this matter is rescheduled to **April 21, 2008** at 2:30 p.m. before Judge John A. Houston.

**IT IS SO ORDERED.**

DATED: February 7, 2008

_____
JOHN A. HOUSTON
United States District Judge