# EXHIBIT "1"

Charles S. LiMandri, SBN 110841
Sterling J. Stires, SBN 199218
LAW OFFICES OF CHARLES S. LiMANDRI, APC
P.O. Box 9120
Rancho Santa Fe, California 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938

Attorneys for Defendant LIBBY RAUCH

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Russell Piccoli,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Libby Rauch,<br><br>　　　　Defendant. | CASE NO. 08-CV-104 JAH (NLS)<br><br>**DEFENDANT'S INITIAL DISCLOSURE STATEMENT** |

　　　　Defendant LIBBY RAUCH, pursuant to Rule 26(a) of the Federal Rule of Civil Procedure, provides the following initial disclosures:

**A.　　WITNESSES (EXCEPT FOR PURPOSES OF IMPEACHMENT)**

　　　　1.　　Libby Rauch (now known as Libby Simon), will testify as to issues regarding the alleged oral contract, the plaintiff's breach of the oral contract, the project itself, the past and continued infliction of emotional distress by plaintiff, the libel and slander causes of action, and damages sustained by the defendant. This witness will also testify as to the course of business issues between the plaintiff and the defendant. Contact through counsel, the Law Offices of Charles S. LiMandri, APC, P.O. Box 9120, Rancho Santa Fe, California 92067; Telephone: (858) 759-9930; Facsimile: (858) 759-9938.

　　　　2.　　David Simon, will testify to issues regarding the alleged oral contract, the plaintiff's breach of the oral contract, the project itself, the past and continued infliction of

emotional distress by plaintiff, the libel and slander causes of action, and damages sustained by the defendant. This witness will also testify as to the course of business issues between the plaintiff and the defendant. Contact through counsel, the Law Offices of Charles S. LiMandri, APC, P.O. Box 9120, Rancho Santa Fe, California 92067; Telephone: (858) 759-9930; Facsimile: (858) 759-9938.

3. Scot Clarke, will testify to issues regarding the alleged oral contract, the plaintiff's breach of the oral contract, the project itself, the past and continued infliction of emotional distress by plaintiff, the libel and slander causes of action, and damages sustained by the defendant. Contact through counsel, the Law Offices of Charles S. LiMandri, APC, P.O. Box 9120, Rancho Santa Fe, California 92067; Telephone: (858) 759-9930; Facsimile: (858) 759-9938.

4. Donny Atherton, may testify to the slander and libel allegations made against the plaintiff by the defendant. Mr. Atherton may also have discoverable information regarding the project and the project's funding. Donny Atherton, 21121 Aqua Mission Viejo, CA 92692.

5. Ms. Patricia Adams and/or other employees of Ganahl Lumber Company, may testify to the slander and libel allegations made against the plaintiff by the defendant. This witness may also have discoverable information regarding the project and the project funding. GANAHL LUMBER COMPANY 10742 Los Alamitos Blvd., Los Alamitos, CA 90720.

6. Jason Adams, will testify to the slander and libel allegations made against the plaintiff by the defendant, the alleged oral contract, the plaintiff's breach of the oral contract, the project itself, and economic issues regarding the project. Jason Adams, SN Construction, 25422 Trabuco Road, Suite 105-535, Lake Forrest, CA 92630; (949) 457-0459.

7. Real Estate Agent (Nick ? - information not known by counsel at time of preparation of these disclosures, but will supplement when information discovered). The defendant is informed and believes that the agent has discoverable information regarding the purchase of the home and details of the project. This witness may have other discoverable information regarding the project issues.

/ / /

Defendant reserves her right to add to, amend and/or supplement this witness list, and will do so when additional information becomes known throughout discovery.

**B.     DOCUMENTS (EXCEPT FOR PURPOSES OF IMPEACHMENT)**

1. All documents in the custody and/or control of the plaintiff concerning the project.

2. All financial documents (i.e., bank account records, copies of checks, financing documents, etc.) concerning the project.

3. All documents in the custody and/or control of the plaintiff concerning the Laguna Beach and Neptune Avenue projects.

4. All financial documents (i.e., bank account records, copies of checks, financing documents, etc.) concerning the Laguna Beach and Neptune Avenue projects.

**C.     DAMAGES CALCULATION**

Defendant is seeking emotional distress damages in the amount of at least $500,000; the defendant is seeking punitive damages in an amount of at least $2 million; and damages for uncompensated time spent by defendant on the project in an amount to be determined at trial.

**D.     INSURANCE AGREEMENTS**

There are no insurance policies held by the defendant that provide coverage for any loss or defense costs for this matter.

Respectfully Submitted,

LAW OFFICES OF CHARLES S. LiMANDRI, APC

DATED: March 6, 2008     By: _____
CHARLES S. LiMANDRI
STERLING J. STIRES
Attorneys for Defendant LIBBY RAUCH

## PROOF OF SERVICE

### Russell Piccoli v. Libby Rauch

*U.S. District Court Case No.: 08cv104 (JAH)(NLS)*

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

- **DEFENDANT'S INITIAL DISCLOSURE STATEMENT.**

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

Russell Piccoli
6039 North 41st Place
Paradise Valley, AZ 85253
Tel: (602) 315-3848
E-Mail: rxp@mwmf.com

■ **BY MAIL - as follows:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Rancho Santa Fe, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FAX - as follows:** I personally sent to the addressee's telecopier number a true copy of the above-described documents. Thereafter I sent a true copy in a sealed envelope addressed and mailed as indicated above.

■ **BY ELECTRONIC MAIL - as follows:** I served a true copy, electronically on designated recipients via electronic transmission of said documents.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

Executed on March 6, 2008, at Rancho Santa Fe, California.

Kathy Denworth, Declarant

1

PROOF OF SERVICE
CASE NO.: 08cv104 (JAH)(NLS)

# EXHIBIT "2"

Charles S. LiMandri, SBN 110841
Sterling J. Stires, SBN 199218
LAW OFFICES OF CHARLES S. LiMANDRI, APC
P.O. Box 9120
Rancho Santa Fe, California 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938

Attorneys for Defendant LIBBY RAUCH

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Russell Piccoli, | CASE NO. 08-CV-104 JAH (NLS) |
| Plaintiff, | |
| vs. | **DEFENDANT'S AMENDED INITIAL DISCLOSURE STATEMENT** |
| Libby Rauch, | |
| Defendant. | |

Defendant LIBBY RAUCH, pursuant to Rule 26(a) of the Federal Rule of Civil Procedure, provides the following initial disclosures:

**A.    WITNESSES (EXCEPT FOR PURPOSES OF IMPEACHMENT)**

1. Libby Rauch (now known as Libby Simon), will testify as to issues regarding the alleged oral contract, the plaintiff's breach of the oral contract, the project itself, the past and continued infliction of emotional distress by plaintiff, the libel and slander causes of action, and damages sustained by the defendant. This witness will also testify as to the course of business issues between the plaintiff and the defendant. Contact through counsel, the Law Offices of Charles S. LiMandri, APC, P.O. Box 9120, Rancho Santa Fe, California 92067; Telephone: (858) 759-9930; Facsimile: (858) 759-9938.

2. David Simon, will testify to issues regarding the alleged oral contract, the plaintiff's breach of the oral contract, the project itself, the past and continued infliction of

emotional distress by plaintiff, the libel and slander causes of action, and damages sustained by the defendant. This witness will also testify as to the course of business issues between the plaintiff and the defendant. Contact through counsel, the Law Offices of Charles S. LiMandri, APC, P.O. Box 9120, Rancho Santa Fe, California 92067; Telephone: (858) 759-9930; Facsimile: (858) 759-9938.

      3.     Scot Clarke, will testify to issues regarding the alleged oral contract, the plaintiff's breach of the oral contract, the project itself, the past and continued infliction of emotional distress by plaintiff, the libel and slander causes of action, and damages sustained by the defendant. Contact through counsel, the Law Offices of Charles S. LiMandri, APC, P.O. Box 9120, Rancho Santa Fe, California 92067; Telephone: (858) 759-9930; Facsimile: (858) 759-9938.

      4.     Donny Atherton, may testify to the slander and libel allegations made against the plaintiff by the defendant. Mr. Atherton may also have discoverable information regarding the project and the project's funding. Donny Atherton, 21121 Aqua Mission Viejo, CA 92692.

      5.     Ms. Patricia Adams and/or other employees of Ganahl Lumber Company, may testify to the slander and libel allegations made against the plaintiff by the defendant. This witness may also have discoverable information regarding the project and the project funding. GANAHL LUMBER COMPANY 10742 Los Alamitos Blvd., Los Alamitos, CA 90720.

      6.     Jason Adams, will testify to the slander and libel allegations made against the plaintiff by the defendant, the alleged oral contract, the plaintiff's breach of the oral contract, the project itself, and economic issues regarding the project. Jason Adams, SN Construction, 25422 Trabuco Road, Suite 105-535, Lake Forrest, CA 92630; (949) 457-0459.

      7.     Real Estate Agent (Nick ? - information not known by counsel at time of preparation of these disclosures, but will supplement when information discovered). The defendant is informed and believes that the agent has discoverable information regarding the purchase of the home and details of the project. This witness may have other discoverable information regarding the project issues.

///

Defendant reserves her right to add to, amend and/or supplement this witness list, and will do so when additional information becomes known throughout discovery.

**B.    DOCUMENTS (EXCEPT FOR PURPOSES OF IMPEACHMENT)**

1. All documents in the custody and/or control of the defendant concerning the project.

2. All financial documents (i.e., bank account records, copies of checks, financing documents, etc.) concerning the project in the custody and/or control of the defendant.

3. All documents in the custody and/or control of the defendant concerning the Laguna Beach and Neptune Avenue projects.

4. All financial documents (i.e., bank account records, copies of checks, financing documents, etc.) concerning the Laguna Beach and Neptune Avenue projects in the custody and/or control of the defendant.

**C.    DAMAGES CALCULATION**

Defendant is seeking emotional distress damages, and damages for libel and slander in the amount of at least $500,000; the defendant is seeking punitive damages in an amount of at least $2 million. Without further discovery, the defendant cannot accurately calculate any other damages. In that regard, the defendant reserves the right to amend and/or supplement the damages calculations should discovery warrant the same.

**D.    INSURANCE AGREEMENTS**

There are no insurance policies held by the defendant that provide coverage for any loss or defense costs for this matter.

Respectfully Submitted,

LAW OFFICES OF CHARLES S. LiMANDRI, APC

DATED: March 7, 2008    By: _____
CHARLES S. LiMANDRI
STERLING J. STIRES
Attorneys for Defendant LIBBY RAUCH

3

# PROOF OF SERVICE

## Russell Piccoli v. Libby Rauch

U.S. District Court Case No.: 08cv104 (JAH)(NLS)

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

- **DEFENDANT'S AMENDED INITIAL DISCLOSURE STATEMENT.**

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

Russell Piccoli
6039 North 41st Place
Paradise Valley, AZ 85253
Tel: (602) 315-3848
E-Mail: rxp@mwmf.com

■ **BY MAIL - as follows:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Rancho Santa Fe, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FAX - as follows:** I personally sent to the addressee's telecopier number a true copy of the above-described documents. Thereafter I sent a true copy in a sealed envelope addressed and mailed as indicated above.

■ **BY ELECTRONIC MAIL - as follows:** I served a true copy, electronically on designated recipients via electronic transmission of said documents.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

Executed on March 7, 2008, at Rancho Santa Fe, California.

Kathy Denworth, Declarant