UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUSSELL PICCOLI, | ) | Case No. 08cv104-JAH (NLS) |
| Plaintiff, | ) | **ORDER VACATING HEARING DATE** |
| v. | ) | |
| LIBBY RAUCH, | ) | |
| Defendant. | ) | |

After a review of the pleadings presented in support and in opposition to Plaintiff's Motion To Dismiss Counterclaim And To Strike Untimely Jury Demand [Doc. No. 4], this Court finds the motion suitable for adjudication without oral argument. *See* CivLR 7.1(d.1). Accordingly, IT IS HEREBY ORDERED that the hearing on Plaintiff's motion now scheduled for April 21, 2008, is **VACATED**. The matter is under submission, and the Court will issue its written ruling on the motion in due course.

DATED: April 15, 2008

JOHN A. HOUSTON
United States District Judge

08cv104