1  Russell Piccoli
   6039 North 41st Place
2  Paradise Valley, Arizona 85253
   Telephone: (602) 315-3848
3
   Appearing Pro Se
4

5

6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **SOUTHERN DISTRICT OF CALIFORNIA**
10
   RUSSELL PICCOLI,
11                                              **CASE NO. : CIV 08-CV-104 (JAH)
              Plaintiff,                        (NLS)**
12
         v.                                     **NOTICE OF DEPOSITION**
13
   LIBBY RAUCH,
14
              Defendant.
15

16

17     NOTICE IS HEREBY GIVEN THAT, pursuant to Rule 30, Fed.R.Civ.P., Plaintiff will

18  take the deposition upon oral examination of :

19                                  **LIBBY RAUCH**

20     The deposition will take place before a CSR-Notary authorized to administer oaths at:

21              Baker & McKenzie
                12544 High Bluff Drive
22              3rd Floor
                San Diego, California 92130
23
    on Tuesday, May 13, 2008, at 10:00 a.m., at which time you may appear and take such action
24
    as is fit and proper.
25

26

                                    -1-

                                                              08-CV-104(JAH)(NLS)

DATED this 25th day of April, 2008.

/s/ Russell Piccoli
Russell Piccoli
6039 North 41st Place
Paradise Valley, Arizona 85253
Attorney Pro se

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing paper was served upon all counsel of record by serving them electronically at sstires@limandri.com and kdenworth@limandri.com (Sterling Stires).

Phoenix, Arizona, this  25th  day of April, 2008.

/s/Russell Piccoli
Russell Piccoli