Russell Piccoli (#004492)
6039 North 41st Place
Paradise Valley, Arizona 85253
Phone: (602) 285-5000
Fax: (602) 285-5100

Attorney Pro se

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL PICCOLI, a single man | CASE NO. 08-CV-104 JAH (NLS) |
| Plaintiff, | |
| vs. | **NOTICE OF MOTION TO AMEND COMPLAINT** |
| LIBBY RAUCH, a single woman | **Date: July 14, 2008**<br>**Time: 2:30 p.m.** |
| Defendant. | **Courtroom 11** |
| | **Oral Argument Not Required** |

**TO:   STERLING STIRES, ESQ.**

PLEASE TAKE NOTICE that on July 14, 2008, 2008 at 2:30 p.m., or as soon thereafter as counsel may be heard, plaintiff, RUSSELL PICCOLI, will move this Court for leave to amend his complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

## **MOTION**

Plaintiff, pursuant to F.R.Civ.P. Rule 15(a), moves for leave to amend his complaint to add an additional claim for relief based upon the same facts already alleged in the original complaint, in the form attached hereto.

This motion is based on the instant Notice of Motion, the attached Memorandum of Points and Authorities, the records and files in this case, and any and all other matters which may be brought to the attention of this Court prior to, or at, the hearing on this motion.

1  Dated: May 30, 2008.

2                              RESPECTFULLY SUBMITTED

3

4              By: /s/ Russell Piccoli
                   Russell Piccoli
5                  rxp@mwmf.com
                   Attorney Pro se

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing paper was served upon all counsel of record by serving them electronically at sstires@limandri.com (Sterling Stires).

Phoenix, Arizona, this 30th day of May, 2008.

                                  /s/ Russell Piccoli
                                  RUSSELL PICCOLI