Charles S. LiMandri, SBN 110841
Sterling J. Stires, SBN 199218
LAW OFFICES OF CHARLES S. LiMANDRI, APC
P.O. Box 9120
Rancho Santa Fe, California 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938

Attorneys for Defendant/Counterclaimant LIBBY RAUCH

UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL PICCOLI,<br><br>Plaintiff,<br><br>v.<br><br>LIBBY RAUCH,<br><br>Defendant. | CASE NO. 08CV00104-JAH-NLS<br><br>**DEFENDANT LIBBY RAUCH'S NON-OPPOSITION TO PLAINTIFF RUSSELL PICCOLI'S MOTION TO AMEND COMPLAINT**<br><br>Date:        July 14, 2008<br>Time:       2:30 p.m.<br>Dept.:       11<br>Magistrate: Hon. Nita L .Stormes<br>Judge:      Hon. John A. Houston<br><br>**Oral Argument Not Required** |

Defendant/Counterclaimant LIBBY RAUCH (hereinafter referred to as "RAUCH"), does not oppose Plaintiff, RUSSELL PICCOLI's (hereinafter referred to as "PICCOLI") Motion for Leave to File First Amended Complaint, pursuant to the U.S. District Court, Southern District, Local Rule 7.1(f)(3)(a). RAUCH will proceed to file a Second Amended Answer and Demand for Jury Trial, which incorporates the counterclaim she asserted with her First Amended Answer.

LAW OFFICES OF CHARLES S. LiMANDRI, APC

DATED: June 2, 2008         By: __/s/ Sterling J. Stires__
                                                 CHARLES S. LiMANDRI
                                                 STERLING J. STIRES
                                                 Attorneys for Defendant LIBBY RAUCH

1

<100>
<200>
<300>
<400>
<500>
<600>
<700>
<800>
<900>

# PROOF OF SERVICE

## Russell Piccoli v. Libby Rauch

*U.S. District Court Case No.: 08cv104 (JAH)(NLS)*

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

- **DEFENDANT LIBBY RAUCH'S NON-OPPOSITION TO PLAINTIFF RUSSELL PICCOLI'S MOTION TO AMEND COMPLAINT**

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

Russell Piccoli
410 Neptune Avenue
Encinitas, CA 92024
Tel: (602) 315-3848
E-Mail: rxp@mwmf.com

Russell Piccoli
6039 North 41st Place
Paradise Valley, AZ 85253
Tel: (602) 315-3848
E-Mail: rxp@mwmf.com

■ **BY MAIL - as follows:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Rancho Santa Fe, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FAX - as follows:** I personally sent to the addressee's telecopier number a true copy of the above-described documents. Thereafter I sent a true copy in a sealed envelope addressed and mailed as indicated above.

■ **BY ELECTRONIC MAIL - as follows:** I served a true copy, electronically on designated recipients via electronic transmission of said documents.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

Executed on June 2, 2008, at Rancho Santa Fe, California.

Kathy Denworth