UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL PICCOLI,<br><br>            Plaintiff,<br>v.<br><br>LIBBY RAUCH,<br><br>            Defendant. | Civil No. 08cv104 JAH (NLS)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br>**[Doc. No. 15]** |

On May 30, 2008, plaintiff filed a motion for leave to file an amended complaint.[1] Plaintiff seeks to amend the complaint to add an additional claim for relief for breach of fiduciary duty and constructive fraud. Plaintiff maintains that the additional claim is grounded on facts already alleged in the complaint. Defendant has filed a statement of non-opposition to plaintiff's motion.

The filing of an amended complaint after a responsive pleading has been filed may be allowed by leave of court and such leave "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). Plaintiff must show "good cause" in order to amend a pleading once a pretrial scheduling order has issued pursuant to Fed. R. Civ. P. 16(b). Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). Granting leave to amend rests in the sound discretion of the trial court. International Ass'n of Machinists &

---

[1] The motion is scheduled to be heard on July 14, 2008. However, after a review of the pleadings this Court finds the motion suitable for adjudication without oral argument. *See* CivLR 7.1(d.1). Accordingly, IT IS HEREBY ORDERED that the hearing on plaintiff's motion now scheduled for July 14, 2008, is **VACATED**.

1  Aerospace Workers v. Republic Airlines, 761 F.2d 1386, 1390 (9th Cir. 1985).  This
2  discretion must be guided by the strong federal policy favoring the disposition of cases on
3  the merits and permitting amendments with "extreme liberality."  DCD Programs Ltd. v.
4  Leighton, 833 F.2d 183, 186 (9th Cir. 1987).  Because Rule 15(a) favors a liberal policy,
5  the nonmoving party bears the burden of demonstrating why leave to amend should not
6  be granted.  Genetech, Inc. v. Abbott Laboratories, 127 F.R.D. 529 (N.D. Cal. 1989).

7  Based on Rule 15(a)'s liberal policy, defendant's non-opposition, and after a
8  thorough review of the case file in this matter, this Court finds that plaintiff has shown
9  good cause to amend the complaint as requested.  Accordingly, **IT IS HEREBY**
10 **ORDERED** that plaintiff's motion for leave to file an amended complaint is **GRANTED**.
11 Plaintiff shall electronically file the first amended complaint attached to its motion.

DATED:  June 3, 2008

JOHN A. HOUSTON
United States District Judge

2

08cv104