UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL PICCOLI,<br><br>           Plaintiff,<br>v.<br><br>LIBBY RAUCH,<br><br>           Defendant. | Civil No. 08cv104 JAH (NLS)<br><br>**ORDER STRIKING AMENDED COUNTERCLAIM** |

On June 4, 2008, plaintiff Russell Piccoli ("plaintiff") filed a first amended complaint against defendant Libby Rauch ("defendant"). Doc. No. 18. On June 5, 2008, defendant filed an amended answer to the second complaint and an amended counter claim. Doc. No. 19. The section labeled "counterclaim" reads as follows:

> The defendant and counter-claimant, Libby Rauch, hereby reasserts and incorporates by reference, the counterclaim she previously filed in this case on December 21, 2007, with her amended answer to plaintiff's original complaint.

Pursuant to the Local Rules, an amended pleading must be "complete in itself without reference to the superceded pleading." CivLR 15.1. Therefore, defendant's attempt to incorporate by reference the counterclaim previously filed fails. Accordingly, the amended counterclaim is stricken from the record.

If defendant wishes to file an amended counterclaim she should do so on or before **June 13, 2008.**

DATED: June 5, 2008

_____
JOHN A. HOUSTON
United States District Judge

08cv104