UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL PICCOLI,<br><br>　　　　　　　Plaintiff,<br>v.<br>LIBBY RAUCH,<br><br>　　　　　　　Defendant. | Civil No. 08CV104-JAH (NLS)<br><br>**ORDER DENYING MOTION TO DISMISS COUNTERCLAIM AS MOOT**<br><br>[Doc. No. 4] |

On January 22, 2008, Plaintiff Russell Piccoli filed a motion to dismiss counterclaim and to strike untimely jury demand. See Doc. No. 4. The motion was set for hearing on April 21, 2008. On April 16, 2008, this Court vacated the hearing and took the matter under submission without oral argument pursuant to CivLR 7.1(d.1).

After receiving leave from this Court, on June 4, 2008, Plaintiff filed an amended counterclaim. Doc. No. 18. On June 5, 2008, Defendant Libby Rauch filed an amended answer. Doc. No. 19. Then, on June 10, 2008, Defendant filed an amended counterclaim. Doc. No. 21. Because the amended counterclaim is now the operative pleading, Plaintiff's motion to dismiss the original counterclaim is **DENIED as moot**.

DATED: June 17, 2008

　　　　　　　　　　　　　　　　　　　　　　JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge