Russell Piccoli
6039 North 41st Place
Paradise Valley, Arizona 85253
Telephone: (602) 315-3848

Appearing Pro Se

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL PICCOLI,<br><br>    Plaintiff,<br><br>v.<br><br>LIBBY RAUCH,<br><br>    Defendant. | NO. 08-CV-104(JAH)(NLS)<br><br>**NOTICE OF MOTIONS TO DISMISS SECOND AMENDED COUNTERCLAIM AND TO STRIKE UNTIMELY JURY DEMANDS**<br><br>DATE: August 25, 2008<br>TIME: 2:30 p.m.<br>COURTROOM: 11<br><br>Oral Argument Not Required |

TO:   CHARLES LIMANDRI:

PLEASE TAKE NOTICE that on August 25, 2008 at 2:30 p.m., or as soon thereafter as counsel may be heard, plaintiff, RUSSELL PICCOLI, will move this Court for Orders dismissing the first, second and fourth through eight claims of defendant's "second amended" counterclaim and striking her several jury demands pursuant to Rules 12(b)(6) and 38 of the Federal Rules of Civil Procedure.

## **MOTION**

Plaintiff, pursuant to F.R.Civ.P. Rule 12(b)(6), moves to dismiss the specified claims of defendant's "second amended" counterclaim because:

-1-

08-CV-104(JAH)(NLS)

1. Defendant's contract and quasi-contract claims (1, 2, 7 & 8) are not supported by any proper allegation that any damages were "proximately caused" by plaintiff's alleged breach.

2. Defendant's quasi-contract claim (2) asserts no legally cognizable claim beyond breach of contract, a claim already alleged by her first claim for relief.

3. Defendant's defamation claims fail to allege the precise defamatory statements or to whom they were made, and

4. Defendant's abuse of process claim fails to allege any subsequent wrongful use of process, as required by Arizona law.

Additionally, as defendant waived a trial by jury as to all issues raised by the answer and complaint, plaintiff requests her various jury demands be stricken should her counterclaim be dismissed, pursuant to Rule 38.

This motion is based on the instant Notice of Motion, the attached Memorandum of Points and Authorities, plaintiff's original Memorandum of Points and Authorities in Support of Motions to Dismiss Counterclaim and to Strike Untimely Jury Demand, filed January 22, 2008, the records and files in this case, and any and all other matters which may be brought to the attention of this Court prior to, or at, the hearing on this motion

Dated: June 24, 2008.

Respectfully Submitted:

By: /s/ Russell Piccoli
RUSSELL PICCOLI
rxp@mwmf.com

Appearing Pro Se

1 | CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing paper was served upon all counsel of record by serving them electronically at kdenworth@limandri.com (Charles Limandri)

Phoenix, Arizona, this 24th day of June 2008

/s/ Russell Piccoli
RUSSELL PICCOLI

U:\ATTORNEYS\RXP\Libby\Notice of Motion to Dismiss Second Amended Counterclaim & Strike Untimely Jury Demands (6-24-08).doc