Russell Piccoli
6039 North 41st Place
Paradise Valley, Arizona 85253
Telephone: (602) 315-3848

Appearing Pro Se

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL PICCOLI,<br><br>    Plaintiff,<br><br>v.<br><br>LIBBY RAUCH,<br><br>    Defendant. | NO. 08-CV-104(JAH)(NLS)<br><br>**NOTICE OF FILING OF DEPOSITION PAGES RE MOTION TO DISMISS SECOND AMENDED COUNTERCLAIM**<br><br>DATE: August 25, 2008<br>TIME: 2:30 p.m.<br>COURTROOM: 11<br><br>Oral Argument Not Required |

TO:    CHARLES LIMANDRI:

PLEASE TAKE NOTICE of the filing of the pages of defendant's deposition referenced in the Memorandum of Points and Authorities in Support of Motion to Dismiss Second Amended Counterclaim, filed June 24, 2008, which pages were unavailable for reproduction in pdf format and filing at the time of the moving papers.

. . .

1  Dated: June 25, 2008

2                                  Respectfully Submitted:

4                                  By: /s/ Russell Piccoli
                                       RUSSELL PICCOLI
5                                      rxp@mwmf.com
                                       Appearing Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing paper was served upon all counsel of record by serving them electronically at kdenworth@limandri.com (Charles Limandri) Phoenix, Arizona, this 25th day of June 2008.

/s/ Russell Piccoli
RUSSELL PICCOLI

U:\ATTORNEYS\RXP\Libby\Notice of Filing of Deposition Pages (06-25-08).doc