Charles S. LiMandri, SBN 110841
Sterling J. Stires, SBN 199218
LAW OFFICES OF CHARLES S. LiMANDRI, APC
P.O. Box 9120
Rancho Santa Fe, California 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938

Attorneys for Defendant LIBBY RAUCH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL PICCOLI,<br><br>Plaintiff,<br><br>v.<br><br>LIBBY RAUCH,<br><br>Defendant. | Case No.: 08CV00104-JAH-NLS<br><br>**JOINT MOTION TO EXTEND DISCOVERY CUT-OFF DATE**<br><br>Magistrate: Hon. Nita L. Stormes<br>Judge: Hon. John A. Houston<br><br>**Oral Argument Not Necessary**<br><br>Complaint Filed: August 28, 2007 |

COME NOW the parties to this action and hereby stipulate and move as follows:

The parties to this action jointly request that the Court continue the discovery cut-off date in this matter. As set forth below, the parties believe that good reasons exist for continuing this date as herein indicated, to allow the parties to participate in meaningful settlement negotiations and to allow discovery and trial preparation in this matter to orderly proceed. Since defendant's deposition in May, 2008, the parties have been engaged in continuous settlement negotiations. In order to avoid wasting fees which both counsel had hoped could be used for purposes of settlement, the parties did not notice or take any further depositions, nor further respond to written discovery.

///

Since the Settlement Conference on July 21, 2008, the parties have continued to engage in settlement negotiations, which are still ongoing. Although the parties have met and conferred on outstanding discovery, and are currently attempting to gather further information to complete discovery responses, they do not believe such will be accomplished prior to Friday, August 1, 2008. Further, delaying the completion of discovery, is the fact both defendant's counsel will be in trial or vacation the entire second half of August, 2008. Completion of discovery by August 29, 2008 would require one of defendant's counsel to postpone his vacation.

The parties hereby agree and stipulate that a continuation of the discovery cut-off date for forty-five (45) days will allow the parties to continue their good faith negotiations, and allow the parties to complete the discovery process within the requested extension, should this matter not settle in the near future. The parties agree, stipulate and believe that a continuation of the remaining pre-trial dates are not necessary at this time.

Pursuant to the foregoing, the parties contend that good cause exists to continue the discovery cut-off date for forty-five (45) days. Therefore, the parties respectfully request the Court to grant this Joint Motion to Continue Discovery Cut-Off Date. The current discovery cut-off date is August 29, 2008. A forty-five (45) day continuance would extend the discovery cut-off to October 13, 2008. A continuance will not effect any other pretrial date.

Respectfully submitted.

DATED: July 29, 2008   By:   /s/ Russell Piccoli
RUSSELL PICCOLI, *Pro Se*

LAW OFFICES OF CHARLES S. LiMANDRI, APC

DATED: July 29, 2008   By:   /s/ Sterling J. Stires
CHARLES S. LiMANDRI
STERLING J. STIRES
Attorneys for Defendant LIBBY RAUCH

# PROOF OF SERVICE

## Russell Piccoli v. Libby Rauch

*U.S. District Court Case No.: 08cv104 (JAH)(NLS)*

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

- **JOINT MOTION TO EXTEND DISCOVERY CUT-OFF DATE.**

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

| | |
|---|---|
| Russell Piccoli<br>410 Neptune Avenue<br>Encinitas, CA 92024<br>Tel: (602) 315-3848<br>E-Mail: rxp@mwmf.com | Russell Piccoli<br>6039 North 41st Place<br>Paradise Valley, AZ 85253<br>Tel: (602) 315-3848<br>E-Mail: rxp@mwmf.com |

■ **BY MAIL - as follows:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Rancho Santa Fe, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FAX - as follows:** I personally sent to the addressee's telecopier number a true copy of the above-described documents. Thereafter I sent a true copy in a sealed envelope addressed and mailed as indicated above.

■ **BY ELECTRONIC MAIL - as follows:** I served a true copy, electronically on designated recipients via electronic transmission of said documents.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

Executed on July 29, 2008, at Rancho Santa Fe, California.

Kathy Denworth, Declarant