UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL PICCOLI,<br><br>              Plaintiff,<br>v.<br><br>LIBBY RAUCH<br><br>              Defendant. | Civil No.08cv104-JAH(NLS)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY CUT-OFF DATE**;<br><br>[Doc. No. 27]<br><br>**AMENDED SCHEDULING ORDER** |

    Before the Court in the above-captioned matter is a joint motion [Doc. No. 27] filed by the parties requesting a forty-five day extension of the August 29, 2008 discovery deadline in this case. The parties state that the extension will allow their good faith settlement negotiations to continue, and in the event that a settlement cannot be reached, will assist them in completing discovery in a timely fashion. This is the parties' first request for an extension of the discovery deadline. Having considered the joint motion, good cause appearing,

    **IT IS HEREBY ORDERED** that the Joint Motion to Continue Discovery Cut-Off Date in this matter is **GRANTED**, and the prior Scheduling Order [Doc. No. 10] is amended as follows:

    1.    All discovery, including experts, shall be completed by all parties on or before ***October 10, 2008***.

    2.    All potentially dispositive pretrial motions must be filed on or before ***October 31, 2008***.

/ / /

1  All other terms and conditions of the Court's March 7, 2008 Scheduling Order [Doc. No. 10]
2  remain in full force and effect.
3  **IT IS SO ORDERED**.
4  DATED: August 5, 2008

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge