# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL PICCOLI,<br><br>　　　　Plaintiff,<br>v.<br><br>LIBBY RAUCH,<br><br>　　　　Defendant. | Civil No. 08cv104 JAH (NLS)<br><br>**ORDER VACATING HEARING DATE** |

After a review of the pleadings presented in support and in opposition to Plaintiff's Motion to Dismiss Second Amended Counterclaim and to Strike Untimely Jury Demands [Doc. No. 23], this Court finds the motion suitable for adjudication without oral argument. *See* CivLR 7.1(d.1). Accordingly, IT IS HEREBY ORDERED that the hearing on Plaintiff's motion now scheduled for August 25, 2008, is **VACATED**. The matter is under submission, and the Court will issue its written ruling on the motion in due course.

DATED: August 15, 2008

JOHN A. HOUSTON
United States District Judge

08cv104