Russell Piccoli (#004492)
6039 North 41st Place
Paradise Valley, Arizona 85253
Phone: (602) 285-5000
Fax: (602) 285-5100

Attorney Pro se

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL PICCOLI, a single man | CASE NO. 08-CV-104 JAH (NLS) |
| Plaintiff, | |
| vs. | **MOTION TO COMPEL INTERROGATORY ANSWERS** |
| LIBBY RAUCH, a single woman | Date: September 18, 2008<br>Time: 11:00 a.m. |
| Defendant. | Courtroom F |
| | **Oral Argument Not Required** |

**PLEASE TAKE NOTICE** that on September 18, 2008 at 11:00 a.m., plaintiff will move the Honorable Nita L. Stormes, United States Magistrate Judge, for an order compelling full and complete answers to Interrogatories 12 and 13 originally propounded by plaintiff on March 11, 2008, and that those answers be properly verified by some appropriate person.

In support of this motion, plaintiff relies upon his Memorandum of Points and Authorities, filed contemporaneously herewith, with attachments and all papers previously filed in this case.

. . .

1    **RESPECTFULLY SUBMITTED** this 20th day of August, 2008.

2

3                                          /s/ Russell Piccoli
                                           Russell Piccoli
4                                          6039 North 41st Place
                                           Paradise Valley, Arizona 85253
5                                          Attorney Pro se

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                                    CASE NO 08-CV-104 JAH( NLS)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing paper was served upon all counsel of record by serving them electronically at kdenworth@limandri.com (Sterling Stires).

Phoenix, Arizona, this 20th day of August, 2008.

                                   /s/ Russell Piccoli
                                   RUSSELL PICCOLI

U:\ATTORNEYS\RXP\Libby\Motion to Compel Interrogatory Answer (8-20-08).doc

Russell Piccoli (#004492)
6039 North 41st Place
Paradise Valley, Arizona 85253
Phone: (602) 285-5000
Fax: (602) 285-5100

Attorney Pro se

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL PICCOLI, a single man<br><br>Plaintiff,<br><br>vs.<br><br>LIBBY RAUCH, a single woman<br><br>Defendant. | **CASE NO. 08-CV-104 JAH (NLS)**<br><br>**MOTION TO COMPEL INTERROGATORY ANSWERS**<br><br>**Date: September 18, 2008**<br>**Time: 11:00 a.m.**<br>**Courtroom F**<br><br>**Oral Argument Not Required** |

**PLEASE TAKE NOTICE** that on September 18, 2008 at 11:00 a.m., plaintiff will move the Honorable Nita L. Stormes, United States Magistrate Judge, for an order compelling full and complete answers to Interrogatories 12 and 13 originally propounded by plaintiff on March 11, 2008, and that those answers be properly verified by some appropriate person.

In support of this motion, plaintiff relies upon his Memorandum of Points and Authorities, filed contemporaneously herewith, with attachments and all papers previously filed in this case.

. . .

CASE NO 08-CV-104 JAH( NLS)

1  **RESPECTFULLY SUBMITTED** this 20th day of August, 2008.

3  /s/ Russell Piccoli
   Russell Piccoli
4  6039 North 41st Place
   Paradise Valley, Arizona 85253
5  Attorney Pro se

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing paper was served upon all counsel of record by serving them electronically at kdenworth@limandri.com (Sterling Stires).

Phoenix, Arizona, this 20th day of August, 2008.

/s/ Russell Piccoli
RUSSELL PICCOLI

U:\ATTORNEYS\RXP\Libby\Motion to Compel Interrogatory Answer (8-20-08).doc