```
 1  Russell Piccoli
    6039 North 41st Place
 2  Paradise Valley, AZ 85253
    Tel: (602) 315-3848
 3  Pro Se

 4  Charles S. LiMandri, SBN 110841
    Sterling J. Stires, SBN 199218
 5  LAW OFFICES OF CHARLES S. LiMANDRI, APC
    P.O. Box 9120
 6  Rancho Santa Fe, California 92067
    Telephone: (858) 759-9930
 7  Facsimile: (858) 759-9938

 8  Attorneys for Defendant LIBBY RAUCH
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL PICCOLI,<br><br>  Plaintiff,<br><br>v.<br><br>LIBBY RAUCH,<br><br>  Defendant. | Case No.: 08CV00104-JAH-NLS<br><br>**JOINT MOTION TO CONTINUE DISPOSITIVE MOTION AND DISCOVERY CUT-OFF DATES**<br><br>Magistrate: Hon. Nita L. Stormes<br>Judge: Hon. John A. Houston<br><br>**Oral Argument Not Necessary**<br><br>Complaint Filed: August 28, 2007 |

COME NOW the parties to this action and hereby stipulate and move as follows:

The parties to this action jointly request that the Court continue the dispositive motion and discovery cut-off dates in this matter for at least forty (40) days. The parties have reached a settlement in this matter, and will be moving to dismiss the entire case upon execution of the settlement and release. The parties contend that good cause exists to extend the dispositive motion and the discovery cut-off because it will take several days to fund the settlement and prepare the settlement and release, as well as prepare, execute and file the Joint Motion to Dismiss. Furthermore, a continuance of the dispositive motion and discovery cut-off dates for

the requested forty (40) days would protect the parties' interests and rights to file any dispositive motion and engage in discovery should the settlement fail.

Currently, the discovery cut-off date is October 10, 2008, and the dispositive pretrial motion cut-off date is October 31, 2008. The parties previously requested such a continuance, which the Court granted. The previous continuance facilitated the successful settlement negotiations, and a further continuance would allow the parties to finalize and execute the settlement of this case. A continuance will not effect any other pretrial date.

Pursuant to the foregoing, the parties contend that good cause exists to continue the dispositive motion and discovery cut-off dates for forty (40) days. Therefore, the parties respectfully request the Court to grant this Joint Motion to Continue Dispositive Motion and Discovery Cut-Off Dates.

Respectfully submitted.

DATED: September 16, 2008

By:  /s/ Russell Piccoli
RUSSELL PICCOLI, *Pro Se*


LAW OFFICES OF CHARLES S. LiMANDRI, APC

DATED: September 16, 2008

By:  /s/ Sterling J. Stires
CHARLES S. LiMANDRI
STERLING J. STIRES
Attorneys for Defendant LIBBY RAUCH

2
JOINT MOTION TO CONTINUE DISPOSITIVE MOTION AND DISCOVERY CUT-OFF DATE
CASE NO.: 08CV00104-JAH-NLS

**PROOF OF SERVICE**

**Russell Piccoli v. Libby Rauch**

*U.S. District Court Case No.: 08cv104 (JAH)(NLS)*

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

- **JOINT MOTION TO CONTINUE DISPOSITIVE MOTION AND DISCOVERY CUT-OFF DATES.**

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

Russell Piccoli
6039 North 41st Place
Paradise Valley, AZ 85253
Tel: (602) 315-3848
E-Mail: rxp@mwmf.com

☐ **BY MAIL - as follows:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Rancho Santa Fe, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FAX - as follows:** I personally sent to the addressee's telecopier number a true copy of the above-described documents. Thereafter I sent a true copy in a sealed envelope addressed and mailed as indicated above.

■ **BY ELECTRONIC MAIL - as follows:** I served a true copy, electronically on designated recipients via electronic transmission of said documents.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

Executed on September 16, 2008, at Rancho Santa Fe, California.

Kathy Denworth

---

1
PROOF OF SERVICE
CASE NO.: 08cv104 (JAH)(NLS)